UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RONALD E. LEMIEUX,<br><br>PLAINTIFF,<br><br>v.<br><br>CVS PHARMACY, INC., alias,<br><br>DEFENDANT. | C.A. No. 1:20-cv-00486-WES-LDA |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Ronald E. Lemieux and Defendant CVS Pharmacy, Inc., by and through their undersigned counsel, hereby stipulate, in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), that this matter be dismissed with prejudice, without costs, and waiving all rights of appeal.

Dated: July 16, 2021

Respectfully submitted,

RONALD LEMIEUX,

By his Attorneys,

*/s/ Richard A. Sinapi*

Richard A. Sinapi (R.I. Bar No. 2977)
Chloe A. Davis (R.I. Bar No. 9334)
**SINAPI LAW ASSOCIATES, LTD.**
2374 Post Road, Suite 201
Warwick, RI 02886
Phone: 401.739.9690
Fax: 401.739.9040
ras@sinapilaw.com
cad@sinapilaw.com

CVS PHARMACY, INC.,

By its Attorneys,

*/s/ Heather A. Pierce*

Heather A. Pierce (R.I. Bar No. 7345)
**LITTLER MENDELSON, P.C.**
One Financial Plaza, Suite 2205
Providence, RI 02903
Phone: 401.824.2506
Fax: 401.454.2969
hpierce@littler.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of July 2021, a copy of the foregoing document was filed using the District of Rhode Island's ECF system, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon the following counsel of record:

Richard A. Sinapi, Esq.
Chloe A. Davis, Esq.
Sinapi Law Associates, Ltd.
2374 Post Road, Suite 201
Warwick, RI 02886
ras@sinapilaw.com
cad@sinapilaw.com

By: */s/ Heather A. Pierce*_____________